UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SUARAWU OLADEJO AMUDA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 06-3011 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

This cause is before the Court pursuant to 28 U.S.C. § 2255. This is the initial consideration of Petitioner's petition. See Rules Governing § 2255 Proceedings for the United States District Courts, Rule 4(b). The Court finds that summary dismissal is not warranted.

Ergo, the Government is ordered to respond to the Petitioner's § 2255 petition by March 3, 2006, and to discuss the merits of his claim.

IT IS SO ORDERED.

ENTER:  January 18, 2006

FOR THE COURT:

s/ Richard Mills
United States District Judge